# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2018

157512

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

TAMARA JOY STEPHENS,
     Defendant-Appellant.

_____/

SC: 157512
COA: 340946
Oakland CC: 2013-247948-FC

     On order of the Court, the application for leave to appeal the March 12, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2018



Clerk

t1126